PER CURIAM:

We are in agreement with the well considered memorandum opinion of the district court, Ware v. Estes, 328 F.Supp. 657 (N.D., Tex., 1971), and its judgment is affirmed.

evidence of his participation in an earlier jail break into the record.

On a review of the entire record of this trial, we conclude that the evidence was more than sufficient to support the jury verdict of guilty and that no reversible error was committed by the trial judge.

The judgment of the District Court is affirmed.

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Garland Edmund NEASE, Defendant-Appellant.**

**No. 71–2008.**

United States Court of Appeals,
Sixth Circuit.

May 23, 1972.

**C. C. WATSON, as Next Friend of Duran Eugene Watson, a minor, et al., Plaintiffs-Appellees,**

v.

**C. W. THOMPSON, Superintendent of Pittsburg County Line Consolidated Independent School District, et al., Defendants-Appellants.**

**No. 71–1478.**

United States Court of Appeals,
Fifth Circuit.

May 19, 1972.

Robert S. Brandt, Nashville, Tenn. (Court appointed), for defendant-appellant.

Fred D. Thompson, Asst. U. S. Atty., Nashville, Tenn., for plaintiff-appellee; Charles H. Anderson, U. S. Atty., Nashville, Tenn., on brief.

Before PHILLIPS, Chief Judge, and EDWARDS and CELEBREZZE, Circuit Judges.

PER CURIAM.

Appellant appeals after conviction in a jury trial on a bank robbery charge before the United States District Court for the Middle District of Tennessee. He contends that there was insufficient evidence to support the jury verdict of guilty and that the District Judge improperly allowed impeaching evidence and

L. E. Bell, Jr., Pittsburg, Tex., for defendants-appellants.

W. C. Hancock, Pittsburg, Tex., for plaintiffs-appellees.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

The judgment of the district court, 321 F.Supp. 394, is vacated and the cause is remanded for further proceedings not inconsistent with Karr v. Schmidt, 5 Cir., 1972, 451 F.2d 1023 (En Banc).

Vacated and remanded with direction.